1
2    NO GOOD CAUSE IS SHOWN
3    **DENIED**
4    BY ORDER OF THE COURT
5    R   11-16-16
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | OZRA LEBASTCHI, | CASE NO. 2:16-cv-08115-R-AS |
|---|---|---|
| 12 | Plaintiff, | **ORDER DENYING EXTENSION OF DEFENDANT MCKESSON CORPORATION'S TIME TO RESPOND TO COMPLAINT** |
| 13 | v. | |
| 14 | MCKESSON CORPORATION, a corporation; and BRISTOL-MYERS SQUIBB, a corporation; and PFIZER INC., a corporation; AND DOES 1-100, INCLUSIVE, | |
| 15 | | Judge:   Hon. Manuel L. Real |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

[PROP] ORDER EXT TIME TO RESPOND TO COMPLAINT
CASE NO. 2:16-cv-08115-R-AS
sd-689923

1 | Pursuant to the parties' Stipulation Extending Defendant McKesson Corporation's Time to Respond to Complaint, and for good cause shown,

IT IS HEREBY ORDERED that McKesson's deadline to respond to the Complaint is extended until 14 days after the Court issues an order on Plaintiff's motion to remand.

**IS IT SO ORDERED.**

Dated: November 16, 2016

Honorable Manuel L. Real
UNITED STATES DISTRICT JUDGE

[PROP] ORDER EXT TIME TO RESPOND TO COMPLAINT
CASE NO. 2:16-CV-08115-R-AS
sd-689709

1